UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                  :

       - v. -                                  :   ORDER

FRANCISCO FERRERA,                        :
    a/k/a "Hawaii,"                              08 Cr. 544
JASON MEDINA,                             :
    a/k/a "Bones,"
JOSE DECHAMPS,                            :
    a/k/a "Ribbs,"
    a/k/a "McRibbs,"                         :
JOSE DELAVEGA,
    a/k/a "Seam," and                        :
MIGUEL CANTRES,
    a/k/a "Bimbo,"                           :

        Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - x

       IT IS HEREBY ORDERED that the sealed Indictment in this matter is unsealed.

SO ORDERED:

Dated:   New York, New York
        January 22, 2009

                                        HENRY B. PITMAN
                                        UNITED STATES MAGISTRATE JUDGE

JAN 22 2009