```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA       :

      -V-                    :

FRANCISCO FERRERA              :
------------------------------X

#08 CR. 544 (JFK)

The conference in this case is adjourned from April 8, 2010 to May 5, 2010 at 10:00 a.m.

The time between April 8, 2010 and May 5, 2010 is excluded.

SO ORDERED.

Dated:    New York, New York
          April 8, 2010

JOHN F. KEENAN
United States District Judge